FILED

UNITED STATES COURT OF APPEALS

FEB 3 2020

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AMERICAN WHITEWATER; et al., | No. 18-70765 |
| Petitioners, | FERC Nos. 12569-014 |
| v. | 12569-015 |
| FEDERAL ENERGY REGULATORY COMMISSION, | ORDER |
| Respondent, | |
| OKANOGAN COUNTY PUBLIC UTILITY DISTRICT NO. 1, | |
| Respondent-Intervenor. | |

Before: W. FLETCHER and BENNETT, Circuit Judges, and SILVER,[*] District Judge.

In light of the parties' joint status report dated January 13, 2020 (Dkt. No. 64) indicating that the Federal Energy Regulatory Commission's order terminating the Enloe Hydroelectric Project license has become final, the petition for review is DISMISSED as moot. Each party shall bear its own costs and fees.

A copy of this order served on the respondent and respondent-intervenor shall act as and for the mandate of this court.

---

[*] The Honorable Roslyn O. Silver, United States District Judge for the District of Arizona, sitting by designation.